# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DJO, LLC, a Delaware corporation,<br><br>                        Plaintiff,<br><br>  v.<br><br>VITALWEAR, INC., a California corporation,<br><br>                        Defendant. | CASE NO: 09-CV-2872 W (NLS)<br><br>**ORDER GRANTING<br>JOINT MOTION<br>(Doc. No. 16.)** |

Pending before the Court is a joint motion for an extension of time in which Defendant VitalWear, Inc. ("VitalWear") has to answer or otherwise respond to the Complaint. Having read and considered the moving papers, and good cause appearing, the Court **GRANTS** the joint motion. (Doc. No. 16.)

In accordance with the parties' stipulation, VitalWear shall file their responsive pleading **on or before June 2, 2010.** The parties are further advised that no similar requests will be granted.

**IT IS SO ORDERED.**

DATED: April 30, 2010

_____
Hon. Thomas J. Whelan
United States District Judge